Judge Robert J. Bryan

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT TACOMA

| | |
|---|---|
| UNITED STATES OF AMERICA,  Plaintiff,  v.  FRANCISCO FARIAS-GUTIERREZ,  Defendant. | NO. CR10-5452RJB  ORDER TO SEAL |

Pursuant to CrR 32 (c)(1)(A), Local Rules W.D. Wash., the government's request that the United States' Memorandum and all responses and replies in the above-captioned matter be sealed, is hereby GRANTED.

DATED this 29th day of October, 2010.

_Robert J Bryan_
Robert J Bryan
United States District Judge

Presented by:

*s/ Matthew H. Thomas*
MATTHEW H. THOMAS
Assistant United States Attorney

ORDER TO SEAL/
CR09-5452RJB

UNITED STATES ATTORNEY
1201 PACIFIC AVENUE, SUITE 700
TACOMA, WASHINGTON 98402
(253) 428-3800