DISTRICT JUDGE ROBERT BRYAN

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) | NO. CR09-5452RJB |
| v. | ) | |
| FRANCISCO FARIAS-GUTIERREZ, | ) | <u>ORDER TO SEAL</u> |
| Defendant. | ) | |

_____

Based upon the motion of the defendant, Francisco Farias-Gutierrez, and the representations made therein, it is HEREBY ORDERED that,

Defendant's Sentencing Memorandum in this matter be FILED UNDER SEAL because it contains sensitive information and is not permitted to made publicly available.

IT IS SO ORDERED.

DATED this 29th day of October, 2010

*[signature: Robert J Bryan]*

Robert J Bryan
United States District Judge

Presented By:

*s/Timothy R. Lohraff*
Attorney for Francisco Farias-Gutierrez

**LAW OFFICE OF TIMOTHY R. LOHRAFF**
P.O. Box 1512
Tacoma, Washington 98401-1512
(206) 940-6523
Lohrafflaw@gmail.com